UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MC SQUARE CAPITAL, LLC,

           Plaintiff,

-against-

HESS LIGHTNING II, INC. D/B/A HESSAMERICA and NORDEONGROUP B.V.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2021_

20 Civ. 10070 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 18 and 21 in connection with Defendants' anticipated motion to dismiss the complaint. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **April 13, 2021**, Defendants shall file their motion to dismiss;
3. By **May 4, 2021**, Plaintiff shall file its opposition papers; and
4. By **May 18, 2021**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: March 9, 2021
       New York, New York

                                      ANALISA TORRES
                                United States District Judge